IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:03CR527 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILLIAM ANTHONY MINSHALL, | ) | |
| | ) | |
| Defendant. | ) | |

The government has filed a motion for hearing pursuant to Federal Rule of Criminal Procedure 35(b).  Filing No. 49.

IT IS ORDERED that:

1.  A Rule 35 hearing is scheduled before the undersigned on **June 1, 2005, at 11:00 a.m.** in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2.  At the request of the defendant through his counsel, and with the agreement of the government, the defendant may be absent from the hearing on the Rule 35 motion.

3.  **The Marshal is directed not to return the defendant to the district; and the defendant is held to have waived his right to be present.**

4.  Counsel for the defendant, if previously appointed pursuant to the Criminal Justice Act, is reappointed to represent the defendant for purposes of the Rule 35(b) motion.  If retained, counsel for the defendant remains as counsel for the defendant until the Rule 35(b) motion is resolved or until given leave to withdraw.

5.  The Federal Public Defender shall provide CJA counsel with a new voucher.

6.   The Clerk of the Court shall electronically serve a copy of this order to counsel for the government, counsel for the defendant, and the Federal Public Defender.

DATED this 16th day of May, 2005.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge